# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-07-1474 |
| § § | |
| HILDA PATRICIA KVAALE and ANN K. LARSEN, § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

On February 12, 2008, following the stipulation of all parties, including plaintiff Unum Life Insurance Company of America and defendants Hilda Patricia Kvaale and Ann K. Larsen, this court entered its Order Granting Interpleader, to Deposit Proceeds into the Registry of the Court and Dismissing Plaintiff Unum Life Insurance Company of America with Prejudice.  By Memorandum and Opinion entered on even date, this court granted Larsen's motion for summary judgment.  Based on the orders dismissing plaintiff with prejudice and granting Larsen's motion for summary judgment, this court orders that:

      a.  defendant Hilda Kvaale take nothing;

      b.  the proceeds are to be delivered from the registry of the court, with interest, if any, to Russell W. Hall, counsel for defendant Ann K. Larsen, payable to the order of "Leif Ronald Kvaale, Ann K. Larsen, and Russell W. Hall & Associates, P.C."; and

      c. each party is to bear her own attorneys' fees and costs.

Relief not granted is denied. This is a final judgment.

SIGNED on April 10, 2008, at Houston, Texas.

                                                        Lee H. Rosenthal
                                        United States District Judge